# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENCIL GREEN, | No. 2:19-CV-0109-WBS-DMC-P |
| Plaintiff, | |
| v. | <u>ORDER</u> |
| NASARIA CHAMBERLAIN, et al., | |
| Defendants. | |

      Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

      On October 4, 2019, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

      The court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

/ / /

/ / /

/ / /

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed October 4, 2019, are adopted in full;

2. Plaintiff's retaliation claims are dismissed as against defendants Conlon, Smith, Rogers, Heintscel, Voong, Roy, Lizarraga, and Feltner;

3. Plaintiff's due process and Eighth Amendment claims are dismissed as against all defendants;

4. The Clerk of the Court is directed to terminate Conlon, Smith, Rogers, Heintscel, Voong, Roy, Lizarraga, and Feltner as defendants to this action; and

5. This action proceeds on plaintiff's original complaint on plaintiff's retaliation claims against defendants Stein, Reynolds, Chamberlain, Bennett, Early, and Tozi.

Dated: December 20, 2019

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE