**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| VENCIL C. GREEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NASARIA CHAMBERLAIN, et al.,<br><br>　　　　Defendants. | No. 2:19-CV-0109-WBS-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion (ECF No. 24) for a court order allowing various exhibits to be used as proof of exhaustion of administrative remedies. Because defendant has not raised failure to exhaust as an affirmative defense, plaintiff's motion is denied without prejudice to submission of evidence establishing exhaustion should defendant raise such a defense.

　　　　IT IS SO ORDERED.

Dated: January 21, 2020

　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1