IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENCIL C. GREEN,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>NASARIA CHAMBERLAIN, et al.,<br><br>　　　　Defendants. | No. 2:19-CV-0109-WBS-DMC-P<br><br><br>ORDER |

　　　　Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Good cause having been shown, defendants' motion to modify the discovery and scheduling order (ECF No. 31) is granted. The parties shall have until September 6, 2020, to conduct discovery and file any motions to compel, and the parties shall have until December 5, 2020, to file any dispositive motions.

Dated:  June 29, 2020

　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　DENNIS M. COTA
　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1