# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENCIL C. GREEN, | No. 2:19-CV-0109-WBS-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| NASARIA CHAMBERLAIN, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to Eastern District of California local rules.

On June 25, 2020, the Magistrate Judge filed findings and recommendations herein which were served on the parties and which contained notice that the parties may file objections within the time specified therein. No objections to the findings and recommendations have been filed.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and the Magistrate Judge's analysis.

///

///

///

1

Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations filed June 25, 2020, are adopted in full; and

2. Plaintiff's motion to compel access to legal copies (ECF No. 30) is denied.

Dated: July 22, 2020

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE