IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| VENCIL C. GREEN,<br><br>  Plaintiff,<br><br>  v.<br><br>NASARIA CHAMBERLAIN, et al.,<br><br>  Defendants. | No. 2:19-CV-0109-WBS-DMC-P<br><br><br><br>ORDER |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action under 42 U.S.C. § 1983. Plaintiff has moved to compel Defendants to respond to his second set of requests for admissions and interrogatories. ECF No. 42. The Court, however, previously granted Defendants until January 9, 2021, to respond to both Plaintiff's second and third sets of for admissions and interrogatories. ECF No. 43. Plaintiff's motion is thus denied as premature without prejudice to renewal if Defendants do not respond to the requests by January 9, 2021.

IT IS SO ORDERED.

Dated: December 29, 2020

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1