IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **VENCIL GREEN,** <br><br> Plaintiff, <br><br> v. <br><br> **NASARIA CHAMBERLAIN, et al.,** <br><br> Defendants. | Case No. 2:19-cv-00109-WBS-DMC <br><br> **ORDER** |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Good cause having been shown, Defendants' motion to modify the Discovery and Scheduling Order is granted. The parties shall have until May 31, 2021, to file any dispositive motion in this case.

Dated: April 7, 2021

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE